```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  WALTER JOSEPH LEE

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. 2:08-cr-0285 LKK
                                 )
14              Plaintiff,       )
                                 )  STIPULATION AND ORDER VACATING
15       v.                      )  DATE, CONTINUING CASE AND
                                 )  EXCLUDING TIME
16  WALTER JOSEPH LEE,           )
                                 )
17              Defendant.       )  Date:  August 5, 2008
                                 )  Time:  9:30 a.m.
18  _____ )  Judge: Hon. Lawrence K. Karlton
```

19

20    **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal

22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

23 conference scheduled for August 5, 2008, be vacated and the case

24 continued until September 9, 2008, at 9:30 a.m. for further status

25 conference.  This continuance is sought to permit review of promised

26 discovery and consultation with Mr. Lee regarding discovery,

27 investigation, and other aspects of defense preparation.

28    **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act be excluded from the filing of this stipulation until
2  September 9, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv),
3  Local Code T-4, defense preparation.
4      **IT IS SO STIPULATED.**

6  Dated:  August 4, 2008      /S/ William S. Wong
                                              WILLIAM S. WONG
7                                                Assistant U.S. Attorney
                                              Counsel for Plaintiff

9  Dated:  August 4, 2008      /S/ Jeffrey L. Staniels
                                              JEFFREY L. STANIELS
10                                               Assistant Federal Defender
                                              Attorney for Defendant
11                                               WALTER JOSEPH LEE

13
14                                       **O R D E R**
15     **IT IS SO ORDERED.**
16                 By the Court,
17
18  Dated: August 4, 2008
19                                       LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT