1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  WALTER JOSEPH LEE

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:08-cr-0285 LKK
                                  )
14             Plaintiff,         )
                                  ) STIPULATION AND ORDER VACATING
15      v.                        ) DATE, CONTINUING CASE AND
                                  ) EXCLUDING TIME
16 WALTER JOSEPH LEE,             )
                                  )
17             Defendant.         ) Date:  September 9, 2008
                                  ) Time:  9:15 a.m.
18 _____) Judge: Hon. Lawrence K. Karlton

19

20     **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal

22 Defender Jeffrey L. Staniels, Counsel for Defendant, that the status

23 conference scheduled for September 9, 2008, be vacated and the case

24 continued until October 7, 2008, at 9:15 a.m. for further status

25 conference.  This continuance is sought to permit completion of on-

26 going investigation, review of promised discovery and consultation with

27 Mr. Lee regarding defense preparation.

28     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act be excluded from the filing of this stipulation until October

2  7, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-

3  4, defense preparation.

4       **IT IS SO STIPULATED.**

5

6  Dated:  September 8, 2008          /S/ William S. Wong
                                      WILLIAM S. WONG
7                                     Assistant U.S. Attorney
                                      Counsel for Plaintiff
8

9  Dated:  September 8, 2008          /S/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
10                                    Assistant Federal Defender
                                      Attorney for Defendant
11                                    WALTER JOSEPH LEE

12

13

14                          **O R D E R**

15      **IT IS SO ORDERED.**

                          By the Court,
16

17

18  Dated: September 8, 2008

19                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
20                          UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

Stipulation & Order              -2-