```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WALTER JOSEPH LEE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0285 LKK |
| Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | Judge:  Hon. Lawrence K. Karlton |
| WALTER JOSEPH LEE, ) | (In Chambers) |
| Defendant. ) | |
| _____ ) | |

Following a status conference on October 7, 2008, the court granted defendant's unopposed request for a continuance for further consultation regarding possible resolution of the case and of further defense preparation.

This case was therefore scheduled for further status conference on November 4, 2008 at 9:15a.m.  Time for trial under the Speedy Trial Act is excluded between October 7, 2008, and November 4, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: October 8, 2008

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT