DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
WALTER JOSEPH LEE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0285 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE AND |
| ) | EXCLUDING TIME |
| WALTER JOSEPH LEE, ) | |
| ) | |
| Defendant. ) | Date:  November 4, 2008 |
| ) | Time:  9:15 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for November 4, 2008, be vacated and the case continued until December 16, 2008, at **9:15 a.m.** for further status conference.  This continuance is sought to permit further discussion between counsel regarding possible resolution of the case, consultation with Mr. Lee regarding defense preparation.  The requested date also accounts for periods of unavailability of counsel during November and early December.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until December 16, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated:  October 31, 2008          /S/ William S. Wong
                                  WILLIAM S. WONG
                                  Assistant U.S. Attorney
                                  Counsel for Plaintiff

Dated:  October 31, 2008          /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  WALTER JOSEPH LEE

**O R D E R**

**IT IS SO ORDERED.**

                By the Court,

Dated:  November 3, 2008

                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

Stipulation & Order                    -2-