```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
```

Attorney for Defendant
WALTER JOSEPH LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0285 LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE AND |
| ) | EXCLUDING TIME |
| WALTER JOSEPH LEE, ) | |
| Defendant. ) | Date:  December 16, 2008 |
| ) | Time:  9:15 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for December 16, 2008, be vacated and the case continued until January 6, 2009, at 9:15 a.m. for further status conference.  This continuance is sought to permit further discussion between counsel regarding possible resolution of the case, consultation with Mr. Lee regarding defense preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from December 16, 2008, until January 6, 2009,

pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated:   December 15, 2008           /S/ William S. Wong
                                     WILLIAM S. WONG
                                     Assistant U.S. Attorney
                                     Counsel for Plaintiff

Dated:   December 15, 2008           /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     WALTER JOSEPH LEE

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: December 15, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation & Order                  -2-