```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WALTER JOSEPH LEE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0285 LKK |
| Plaintiff, | ) |
| v. | ) ORDER EXCLUDING TIME |
| WALTER JOSEPH LEE, | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) (In Chambers) |

Following a status conference on January 6, 2009, the court granted defendant's unopposed request for a continuance for further consultation regarding possible resolution of the case and of further defense preparation.

This case was therefore scheduled for further status conference on February 10, 2009 at 9:15a.m. Time for trial under the Speedy Trial Act is excluded between January 6, 2009, and February 10, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: January 7, 2009

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT