DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WALTER JOSEPH LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0285 LKK |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME |
| ) WALTER JOSEPH LEE, ) | |
| ) Defendant. ) ) _____ ) | Date:  February 10, 2009 Time:  9:15 a.m. Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for February 10, 2009, be vacated and the case continued until March 3, 2009, at 9:15 a.m. for further status conference.  This continuance is sought to permit further discussion between counsel regarding possible resolution of the case, and consultation with Mr. Lee regarding defense preparation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from February 10, 2009, until March 3, 2009,

```
 1  pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4,
 2  defense preparation.
 3      IT IS SO STIPULATED.
 4
 5  Dated:  February 6, 2009          /S/ William S. Wong
                                     WILLIAM S. WONG
 6                                   Assistant U.S. Attorney
                                     Counsel for Plaintiff
 7
 8  Dated:  February 6, 2009          /S/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
 9                                   Assistant Federal Defender
                                     Attorney for Defendant
10                                   WALTER JOSEPH LEE
11
12
                              O R D E R
13
        IT IS SO ORDERED.
14
                    By the Court,
15
16
    Dated:  February 9, 2009
17
                                     LAWRENCE K. KARLTON
18                                   SENIOR JUDGE
19                                   UNITED STATES DISTRICT COURT
20
...
28

    Stipulation & Order            -2-
```