DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WALTER JOSEPH LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　) No. 2:08-cr-0285 LKK
　　　　　　　　　　　　　　　　 )
　　　　　Plaintiff,　　　　　　 )
　　　　　　　　　　　　　　　　 ) ORDER EXCLUDING TIME
　　v.　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　 ) Judge: Hon. Lawrence K. Karlton
WALTER JOSEPH LEE,　　　　　　　)　　　　　(In Chambers)
　　　　　　　　　　　　　　　　 )
　　　　　Defendant.　　　　　　 )
　　　　　　　　　　　　　　　　 )
_____ )

Following a status conference on March 3, 2009, the court granted defendant's unopposed request for a continuance for further consultation regarding possible resolution of the case and of further defense preparation.

This case was therefore scheduled for further status conference on March 17, 2009 at 9:15a.m. Time for trial under the Speedy Trial Act is excluded between March 3, 2009, and March 17, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

**IT IS SO ORDERED.**

By the Court,

Dated: March 12, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT