1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
WALTER JOSEPH LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0285 LKK |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME |
| WALTER JOSEPH LEE, ) | |
| Defendant. ) | Date: March 17, 2009 |
| ) | Time: 9:15 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for March 17, 2009, be vacated and the case continued until April 14, 2009, at 9:15 a.m. for further status conference. This continuance is sought to permit further discussion between counsel regarding possible resolution of the case. Since the last continuance the government has presented an offer, and has agreed to consider a counteroffer terms of which need to be discussed with Mr. Lee.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from March 17, 2009, until April 14, 2009, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated: March 13, 2009  /S/ William S. Wong
WILLIAM S. WONG
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: March 13, 2009  /S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
WALTER JOSEPH LEE

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: March 16, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT