1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
WALTER JOSEPH LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-0285 LKK |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION FOR TEMPORARY** |
| v. | ) | **RELEASE TO ATTEND MEMORIAL** |
| | ) | **SERVICES; ORDER** |
| WALTER JOSEPH LEE, | ) | |
| | ) | Judge:  Lawrence K. Karlton |
| | ) | (In Chambers) |
| Defendant. | ) | |
| _____ | ) | |

The defendant, WALTER JOSEPH LEE, hereby moves for an order granting his request for temporary release on Friday, May 8, 2009, from 9:15 a.m. to 1:30 p.m. to attend a memorial service for his father, Don Lee, who passed away on April 17, 2009. Mr. Lee is currently in custody of the U.S. Marshal, at the Butte County Jail awaiting sentencing in the above case; the matter is currently scheduled for sentencing on June 23, 2009.

The memorial service is scheduled for tomorrow, May 8, 2009, at 11:00 a. m. at Colonial Park, 5321 19th Ave., Sacramento, California.

The government does not oppose this request so long as Mr. Lee is accompanied during the entire time of this temporary release by two investigators from the Federal Defender's Office. Therefore, the Office of the Federal Defender has arranged for Chief Investigator Philip Oliver, and Investigator Henry Hawkins to accompany Mr. Lee. Both Mr. Oliver and Mr. Hawkins are former police officers, and both have participated in previous escort trips to funerals and memorial services for clients of this office. Pursuant to discussions with the U.S. Marshal, Mr. Oliver and Mr. Hawkins will pick up Mr. Lee at the

U.S. Marshal's Office in the courthouse, transport him to the memorial service and return him to the U.S. Marshal's Office. Mr. Lee will remain in the custody of Mr. Oliver and Mr. Hawkins, and they will maintain strict control over Mr. Lee at all times.

For the above reasons, the defendant respectfully requests that the Court allow this temporary release.

Dated: May 7, 2009

                                              /s/ Jeffrey L. Staniels
                                              JEFFREY L. STANIELS
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              WALTER JOSEPH LEE

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   WALTER JOSEPH LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0285 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) |
|  | ) **ORDER** |
| WALTER JOSEPH LEE, | ) |
|  | ) |
| Defendant. | ) |

The request for temporary release from custody to permit Mr. Lee to attend the Memorial service for his father on May 9, 2009, subject to the arrangements set forth in the attached motion, is hereby GRANTED.

The U.S. Marshal is directed to transport Mr. Lee from the Butte County Jail on the morning of May 8, 2009, and to release him from the U.S. Marshal's Office to the custody of Federal Defender Investigators pursuant to the arrangements set forth in the attached motion.

**IT IS SO ORDERED.**

By the Court,

Dated:  May 7, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT