UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER LEE,<br><br>Defendant. | No. 2:08CR00285 KJM<br><br>FINDINGS AND RECOMMENDATION AND ORDER FOR REENTRY COURT SANCTION |

On March 30, 2017, the defendant was accepted as a participant in the Reentry Court. The defendant has been found in violation of the conditions of his supervised release by admitting to the use of methamphetamine on or about August 23, 2017. The Reentry Court team has determined that the defendant's conduct requires a jail sanction.

It is therefore recommended that the defendant serve 5 days imprisonment, to commence forthwith. These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. Sec. 636(b)(1)(B) and this Court's Local Rule 304 and shall be considered forthwith without the need for time to respond.

Dated: August 24, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

These Findings and Recommendations are hereby adopted and approved. The defendant shall serve 5 days imprisonment, to commence forthwith. The United States Marshals are hereby authorized to take defendant into custody forthwith.

Dated: 8/24/17

HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT JUDGE